| | |
|---|---|
| 1 | HARRY M. DECOURCY, Bar No. 230516 |
| | hdecourcy@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
| | 1255 Treat Boulevard, Suite 600 |
| 3 | Walnut Creek, California 94597 |
| | Telephone: 925.932.2468 |
| 4 | Facsimile: 925.946.9809 |
| 5 | ELISA NADEAU, Bar No. 199000 |
| | enadeau@littler.com |
| 6 | HECTOR J. RODRIGUEZ, Bar No. 305446 |
| | hjrodriguez@littler.com |
| 7 | LITTLER MENDELSON, P.C. |
| | 50 W. San Fernando, 7th Floor |
| 8 | San Jose, California 95113 |
| | Telephone: 408.998.4150 |
| 9 | Fax No.: 408.288.5686 |
| 10 | Attorneys for Defendants |
| | TACOMANIA, INC., JOSEFINA FLORES and |
| 11 | JOSE A. ROMERO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZELYN SANCHEZ; ELOINA FUENTES; JENNY FUENTES; ERIK LAZO-RODRIGUEZ; GUSTAVO VALENZUELA; MARIA AYALA; MARIA ANGELA CEJA on behalf of themselves and those similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>TACOMANIA, INC.; JOSEFINA FLORES; JOSE A. ROMERO,<br><br>Defendants. | Case No. 5:17-cv-01691-EJD<br><br>[PROPOSED] ORDER APPROVING SETTLEMENT AND DISMISSING LAWSUIT WITH PREJUDICE<br><br><br><br>Judge: Hon. Edward J. Davila<br>Complaint: March 28, 2017 |

Case No. 5:17-cv-01691-EJD

[PROPOSED] ORDER APPROVING SETTLEMENT AND DISMISSING
LAWSUIT WITH PREJUDICE

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

| | |
|---|---|
| 1 | ROBERT DAVID BAKER, INC. |
| | Robert David Baker, Esq. (87314) |
| 2 | 80 South White Road |
| | San Jose, CA 95127 |
| 3 | Telephone: (408) 251-3400 |
| | Facsimile: (408) 251-3401 |
| 4 | rbaker@rdblaw.net |
| 5 | Attorney for Plaintiffs |
| | ZELYN SANCHEZ; ELOINA FUENTES; |
| 6 | JENNY FUENTES; LUDIVINA FUENTES; |
| | MARIA AYALA; MARIA ANGELA CEJA; |
| 7 | ABEL SANCHEZ; GUSTAVO VALENZUELA; |
| | LIZA LONGORIA; JOSE DE JESUS RIVERA; |
| 8 | ERIK LOZA |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

1.                                Case No. 5:17-cv-01691-EJD

[PROPOSED] ORDER APPROVING SETTLEMENT AND DISMISSING
LAWSUIT WITH PREJUDICE

1  Pursuant to the Stipulation entered into between Plaintiffs Zelyn Sanchez, Eloina Fuentes, Jenny Fuentes, Ludivina Fuentes, Maria Ayala, Maria Angela Ceja, Abel Sanchez, Gustavo Valenzuela, Liza Longoria, Jose De Jesus Rivera, Erik Loza and Defendants Tacomania, Inc., Josefina Flores and Jose A. Romero, and having reviewed the Parties' Joint Motion for and Order approving the settlement of Plaintiffs' FLSA Claims, including attorneys' fees, and dismissing the action in its entirety with prejudice, the Court finds good cause and hereby approves the Parties' entire settlement. The Parties shall abide by the terms and conditions set forth in the Settlement Agreements and the above-entitled lawsuit shall be dismissed in its entirety with prejudice.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _____June 6__, 2019

_____
Hon. Edward Davila
UNITED STATES DISTRICT COURT JUDGE

2.   Case No. 5:17-cv-01691-EJD
[PROPOSED] ORDER APPROVING SETTLEMENT AND DISMISSING LAWSUIT WITH PREJUDICE

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150